VITO MARRARO, Doing Business as PLAZA PHARMACY, Appellant, v. STATE OF NEW YORK, Respondent.  (Claim No. 33758.)

Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ., concur.  [15 Misc 2d 243.]